IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GOURMET KITCHENS, INC., | ) | Case No. 11-19605 |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |

**NOTICE OF FINAL HEARING FOR ENTRY OF A FINAL ORDER AUTHORIZING
DEBTOR TO USE CASH COLLATERAL
AND GRANT ADEQUATE PROTECTION TO MB FINANCIAL BANK, N.A.**

To:   See Attached Service List:

PLEASE TAKE NOTICE that on Tuesday, May 10, 2011, the Honorable Jacqueline P. Cox, United States Bankruptcy Judge for the Northern District of Illinois, Eastern Division, entered that certain Interim Order Authorizing Use Of Cash Collateral And Granting Adequate Protection (the "**Agreed Interim Order**"), a copy of which is attached hereto as Exhibit A and by express reference made a part hereof.

PLEASE TAKE FURTHER NOTICE that a final hearing on the Agreed Interim Order has been set for **June 3, 2011 at 9:30 a.m.**, before the Honorable Jacqueline P. Cox, United States Bankruptcy Judge for the Northern District of Illinois, Eastern Division, in courtroom 619 (or before any other judge sitting in her place and stead), 219 South Dearborn Street, Chicago, Illinois, at which time you may appear as you see fit (the "**Final Hearing**"). Pursuant to the Agreed Interim Order, any objections to be made at the Final Hearing must be filed or served no later than **4:00 p.m. (Central time) on May 27, 2011** with (a) the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in room 710, 219 South Dearborn Street, Chicago, Illinois; (b) counsel for the Debtor at the address set forth below; and (c) the United States Trustee c/o Denise DeLaurent, Esq., 219 South Dearborn Street, Suite 873, Chicago, Illinois 60604, denise.delaurent@usdoj.gov, fax no. 312-886-5794; (d) counsel to any official committee appointed in the above-captioned case.

                                        Chad H. Gettleman (ARDC No. 944858)
                                        Nathan Q. Rugg (ARDC No. 6272969)
                                        Erich S. Buck (ARDC No. 6274635)
                                        ADELMAN & GETTLEMAN, LTD.
                                        53 West Jackson Blvd., Suite 1050
                                        Chicago, Illinois 60604
                                        Telephone No. (312) 435-1050
                                        Facsimile No. (312) 435-1059

90655

## CERTIFICATE OF SERVICE

     I, Nathan Q. Rugg, an attorney, hereby certify that true and correct copies of this notice was served upon the parties listed on the service list attached hereto via ECF, e-mail and facsimile as indicated below, on May 12, 2011, and as evidenced by the facsimile transmittal confirmation page attached.

                              By:   /s/Nathan Q. Rugg
                                     Nathan Q. Rugg, Esq.

CHAD H. GETTLEMAN, ESQ. (ARDC #944858)
NATHAN Q. RUGG, ESQ. (ARDC #6272969)
ERICH S. BUCK, ESQ. (ARDC #6274635)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
(312) 435-1050
Fax (312) 435-1059

## SERVICE LIST

**Via ECF:**

William T. Neary, Esq.
Office of the United States Trustee
219 South Dearborn Street, Suite 873
Chicago, IL 60604
Fax: 312-886-5794
Email: USTPRegion11.ES.ECF@usdoj.gov

MB Financial
c/o Robert Glantz and Peter J. Roberts
Shaw Gussis Fishman Glantz
    Wolfson & Towbin LLC
321 N. Clark St, Suite 800
Chicago, IL 60654
Fax: 312-980-3888
proberts@shawgussis.com
rglantz@shawgussis.com

**Via Email:**

Airgas, Inc.
Mr. David Boyle
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675
David.boyle@airgas.com

**Via Email and Facsimile:**

Airgas, Inc.
c/o Kathleen M. Miller
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
Fax: 302-652-8405
Kmiller@skjlaw.com

Solut!
7750-A Green Meadows Dr
Lewis Center, OH 43035
Fax: 740-548-0525
srechel@gosolut.com

**Via Facsimile:**

4300 Morgan LLC
110 N. York Road
Elmhurst, IL 60126
Fax: 773-541-8904

90655

Anthony Marano Company
3000 South Ashland Ave., Suite 100
Chicago, IL 60608
Fax: 312-829-9426

Arthur Schuman Midwest
6972 Reliable Parkway
Chicago, IL 60686
Fax: 847-851-8501

Atlas Toyota Material Handling
5050 N. River Road
Schiller Park, IL 60176
Fax: 847-678-1750

Cooling Equipment Service, Inc.
141 Garlisch Dr.
Elk Grove Village, IL 60007
Fax: 847-439-1204

Danisco USA, Inc.
4 New Century Parkway
New Century, KS 66031
Fax: 913-764-6520

DC Norris & Company Ltd.
Sand Road Industrial Estate
GB-SG193AH Bedfordshire
Fax: 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-677956

Fusion Tech Integrated, Inc.
218 20th Avenue
Roseville, IL 61473
Fax: 309-744-4288

GKI Funding
Attn: Steve Lorenzini
309 W. Washington St., Ste. 1100
Chicago, IL 60606
Fax: 312-332-0203

Gordon Food Service
Dept CH 10490
Payment Processing Center
Palatine, IL 60055
Fax: 800-905-3079

Koch Equipment, LLC
1414 W. 29th Street
Kansas City, MO 64108
Fax: 816-753-4976

Kramer Mechanical LLC
690 Walker Way
New Lenox, IL 60451
Fax: 815-463-0936

Michael Hartwig
c/o Donald J. Kindwald
Kindwald Law Offices, P.C.
105 W. Madison St., Ste. 2100
Chicago, IL 60602
Fax: 312-229-4501

Pamco Printed Tape & Label Co., Inc.
2200 S. Wolf Rd
Des Plaines, IL 60018
Fax: 847-803-2209

Robert Reiser & Co., Inc.
725 Dedham Street
Canton, MA 02021
Fax: 781-821-1316

Small Business Administration
500 W. Madison Street, Suite 1150
Chicago, IL 60661
Fax: 312-886-5688

Texas Women's Venture Fund LP
c/o Janice Davis, Esq.
Bracewell & Giuliani LLP
1445 Ross Avenue, Suite 3800
Dallas, TX 75202
Fax: 214-758-8388

Wigdahl Electric
625 Pratt Boulevard
Elk Grove Village, IL 60007
Fax: 847-439-3569

90655

## Alenna Sandy

**From:** Robin Maatman
**Sent:** Thursday, May 12, 2011 11:08 AM
**To:** Alenna Sandy
**Subject:** FW: Delivery Report <Job 57094245> <Ref: >

```
-----Original Message-----
From: adelman@mail.xpedite.com [mailto:adelman@mail.xpedite.com]
Sent: Thursday, May 12, 2011 11:07 AM
To: Robin Maatman
Subject: Delivery Report <Job 57094245> <Ref: >

             PREMIERE GLOBAL SERVICES DETAILED DELIVERY REPORT

Attention:                    Robin Maatman

Job Number:                   57094245
Sent By User:                 ADELMAN
User's Filename:              CASH COLL ORDER SERVICE.pdf
Entered System:               05/12 10:37
Report Generated:             05/12 11:06
Page Count:                   15 (no cover sheet)

SUMMARY:

Sent     18,    Errors     2,    Cancelled       1
Total    21


! Indicates that listed delivery was in multiple parts

DETAIL:

List ID:   #gki emergency motion
NBR    REF                    ADDRESS           STATUS  DATE    DLVY TIME  UNITS
00001  William T. Neary, Es  312-886-5794       SENT    05/12    10:41       189
00002  Robert Glantz, Esq./  312-980-3888       SENT    05/12    10:40       196
00003  Anthony Marano Compa  312-829-9426       SENT    05/12    10:41       212
00004  Arthur Schuman Midwe  847-851-8501       SENT    05/12    10:41       220
00005  Atlas Toyota Materia  847-678-1750       SENT    05/12    10:41       207
00006  Cooling Equipment Se  847-439-1204       SENT    05/12    10:41       208
00007  Danisco USA Inc.      913-764-6520       SENT    05/12    10:41       214
00008  DC Norris & Company   011 44 1767 677    SENT    05/12    10:48       407
00009  Fusion Tech Integrat  309-744-4288       ICPT    05/12    11:05         0
00010  GKI Funding, Attn. S  312-332-0203       SENT    05/12    10:44       362
00011  Gordon Food Service   800-905-3079       PVOC    05/12    10:48        80
00012  Koch Equipment, LLC   816-753-4976       SENT    05/12    10:43       342
00013  Kramer Mechanical LL  815-463-0936       BLOC    05/12    10:37         0
00014  Michael Hartwig c/o   312-229-4501       SENT    05/12    10:45       435
00015  Pamco Printed Tape &  847-803-2209       SENT    05/12    10:50       493
00016  Robert Reiser & Co.,  781-821-1316       SENT    05/12    10:41       205
00017  Small Business Admin  312-886-5688       SENT    05/12    10:41       212
00018  Solut!                740-548-0525       SENT    05/12    10:46       402!
00019  Texas Women's Ventur  214-758-8388       SENT    05/12    10:44       427
00020  Wigdahl Electric      847-439-3569       SENT    05/12    10:41       202
00021  4300 Morgan LLC       773-541-8904       SENT    05/12    10:43       348
```