UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 11-19605 |
| GOURMET KITCHENS, INC., | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date:  November 9, 2011 |
| Debtor. | ) | Hearing Time:  11:00 a.m. |

## AGREED PRELIMINARY ORDER REGARDING KOCH EQUIPMENT LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION

Upon preliminary consideration of the Motion For Relief From The Automatic Stay Or, In The Alternative, For Adequate Protection ("Motion") filed by Koch Equipment LLC ("Koch"); MB Financial Bank, N.A. ("MB") having filed an objection to the Motion; Koch and MB having agreed to the entry of this preliminary order while otherwise preserving all of their rights, claims, and objections pending a final hearing on the Motion ("Final Hearing"); due and proper notice of the Motion having been given; and the Court being otherwise fully advised in the premises; it is hereby **ORDERED**:

1. The Debtor is hereby authorized and directed to make an adequate protection payment of $2,500 to Koch on or before November 16, 2011 for the month of November 2011; provided, however, that such payment shall be made on a provisional basis subject to further order and pending this Court's final determination of the Motion.

2. In accordance with 11 U.S.C. § 362(e)(1), the automatic stay shall remain in effect pending the conclusion of the Final Hearing.

3. The Motion is hereby continued until December 15, 2011 at 10:30 a.m., at which time the Court will convene a status hearing on the Motion and may also schedule the Final Hearing.

{7423 ORD A0304931.DOC 2}

Dated: November 9, 2011

ENTER:

Jacqueline P. Cox
United States Bankruptcy Judge

{7423 ORD A0304931.DOC 2}