

**vertopartners**
Boston - Dallas - Raleigh - San Francisco - Tampa

December 4, 2010

Ms. Ellen Nielsen
Chief Financial Officer
Gourmet Kitchens, Inc.
200 N. Artesian Avenue
Chicago, IL 60612

Re: Invoice VP-GKI-011, June 12, 2010, $9,459.97
Invoice VP-GKI-011, June 16, 2010, $9,019.90

**TOTAL NOW DUE: $8,479.87** ($18,479.87 less $10,000 retainer)

Dear Ms. Nielsen:

The purpose of this letter is to notify you that despite numerous efforts to obtain final payment for the above invoices, Verto Partners, LLC has been unsuccessful and must now accelerate collection efforts in accordance with the terms and conditions or our original agreement that was signed by Lisa Johnson on April 6, 2010.

Please refer to your copy of our agreement. It clearly states the following:

*"Upon termination of this Agreement, all fees owed to Verto as of such date together with costs incurred as of such date, shall be due and payable within five (5) business days."*

In accordance with this provision, your total amount due is $8,479.87. If we do not receive this payment in full, in addition to other actions, we may report this to the I.R.S. as Debt Cancellation Income under I.R.S. Reg. S1.61-12. Kindly remit this payment by December 15, 2010.

Thank you in advance for your prompt attention to this matter.

Sincerely,

Harry Gray
Managing Director

CC: MB Financial

Enclosures

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 09 2011

KENNETH S. GARDNER, CLERK
PS REP. - AJ

Dec 04 2010 2:47PM SGG PROCUREMENT LLC 214-234-9609 p.2

# Verto Partners, LLC

June 12, 2010      Invoice: VP-GKI-010

Gourmet Kitchens, Inc.
200 North Artesian Avenue
Chicago, IL 60612

For the period: 6/7 - 6/11 (Week 10)

## Summary

| | Elapsed | Billable | Rate/Hour | Total | Billed |
|---|---|---|---|---|---|
| Harry Gray | 55.00 | 0.00 | $415.00 | 22,825.00 | 7,375.00 |
| | 55.00 | 0.00 | | 22,825.00 | $7,375.00 |

Implied Hourly Rate: $134.09

## Expenses

| | | |
|---|---|---|
| Airfare | Southwest | $525.30 |
| Rental Car | USAA/AVIS | 394.89 |
| Parking/Taxis | LUV Field | 38.00 |
| Lodging | Courtyard | 879.42 |
| Meals | Various | 247.36 |
| Incidentals | Various | 0.00 |
| | | $2,084.97 |

## Total

$9,459.97

By: _____

Due in 5 Days

4514 Cole Avenue    Suite 600    Dallas, TX 75205



## Verto Partners, LLC

June 16, 2010

Invoice: VP-GKI-011

Gourmet Kitchens, Inc.
200 North Artesian Avenue
Chicago, IL 60612

For the period: 6/13 - 6/19 (Week 11)

### Summary

| | Elapsed | Billable | Rate/Hour | Total | Billed |
|---|---|---|---|---|---|
| Harry Gray | 40.00 | 0.00 | $415.00 | 16,600.00 | 7,375.00 |
| | 40.00 | 0.00 | | 16,600.00 | $7,375.00 |

Implied Hourly Rate: $184.38

### Expenses

| | | | |
|---|---|---|---|
| Airfare | Southwest | | $1,181.60 |
| Rental Car | USAA/AVIS | | 99.49 |
| Parking/Taxis | LUV Field | | 24.00 |
| Lodging | Courtyard | | 237.90 |
| Meals | Various | | 101.91 |
| Incidentals | Various | | 0.00 |
| | | | $1,644.90 |

**Total** $9,019.90

Due in 5 Days

By: _____

4514 Cole Avenue  Suite 600  Dallas, TX 75205

**Verto Partners, LLC**

| Retainer | | 10,000.00 | | Gourmet Kitchens, Inc. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Fees | Airfare | Ground | Parking | Lodging | Meals | Misc | Expenses | Total | Paid |
| Week-1 | 10-Apr | 7,375.00 | 608.80 | 229.87 | 36.00 | 454.12 | 41.97 | 0.00 | 1,362.76 | 8,737.76 | 8,737.76 |
| Week-2 | 17-Apr | 7,375.00 | 525.80 | 171.09 | 60.00 | 875.31 | 278.51 | 0.00 | 1,910.71 | 9,285.71 | 9,285.71 |
| Week-3 | 24-Apr | 7,375.00 | 556.80 | 129.09 | 60.00 | 871.51 | 335.48 | 0.00 | 1,952.88 | 9,327.88 | 9,327.88 |
| Week-4 | 1-May | 7,375.00 | 406.80 | 213.10 | 60.00 | 874.21 | 214.07 | 2.25 | 1,770.43 | 9,145.43 | 9,145.43 |
| Week-5 | 8-May | 7,375.00 | 487.80 | 215.97 | 60.00 | 898.12 | 274.47 | 15.74 | 1,952.10 | 9,327.10 | 9,327.10 |
| Week-6 | 15-May | 7,375.00 | 468.30 | 274.83 | 60.00 | 878.01 | 360.26 | 20.00 | 2,061.40 | 9,436.40 | 9,436.40 |
| Week-7 | 21-May | 7,375.00 | 512.30 | 237.29 | 60.00 | 877.32 | 318.12 | 10.00 | 2,015.03 | 9,390.03 | 9,390.03 |
| Week-8 | 28-May | 7,375.00 | 560.30 | 243.61 | 48.00 | 646.02 | 281.54 | 29.00 | 1,808.47 | 9,183.47 | 9,183.47 |
| Week-9 | 4-Jun | 7,375.00 | 508.30 | 289.74 | 38.00 | 648.02 | 164.90 | 0.00 | 1,648.96 | 9,023.96 | 9,023.96 |
| Week-10 | 11-Jun | 7,375.00 | 525.30 | 394.89 | 38.00 | 879.42 | 247.36 | 0.00 | 2,084.97 | 9,459.97 | |
| Week-11 | 19-Jun | 7,375.00 | 1,181.60 | 99.49 | 24.00 | 237.90 | 101.91 | 0.00 | 1,644.90 | 9,019.90 | |
| Total Charged | | 81,125.00 | 6,334.10 | 2,498.97 | 544.00 | 8,139.96 | 2,618.59 | 76.99 | 20,212.61 | 101,337.61 | 92,857.74 |

Hourly Equivalent  245,350.00
Discount  164,225.00  67%  20%  Amount Due  8,479.87

| | | | | | | | | | Budget | 22,000.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| Expenses Average | | 575.83 | 226.91 | 50.80 | 768.58 | 257.66 | 7.70 | | Actual | (20,212.61) |
| | | | | | | | | | Cumulative Expenses Below Budget | 1,787.39 |

Friday, November 4, 2011 1:10 PM

**Subject:** Verto Partners - Demand Letter
**Date:** Saturday, December 4, 2010 3:33 PM
**From:** Harry Gray <harry@verto-partners.com>
**To:** Ellen Nielsen <ellen.nielsen@lastminutegourmet.com>

Dear Ellen,

I have attached a demand letter, which requests final payment for services provided by Verto Partners, LLC to Gourmet Kitchens, Inc. Thank you for assisting with this overdue payment.

Kindest regards,

Harry

Harry Gray
VERTO PARTNERS LLC
www.verto-partners.com

(214) 280-7275 P
(214) 234-9609 F

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GOURMET KITCHENS, INC., | ) | Case No. 11-19605 |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | |
| | ) | |

## NOTICE SETTING TIME TO FILE CLAIMS

PLEASE TAKE NOTICE that on May 8, 2011, a voluntary petition for relief was entered in the above-captioned case. On October 7, 2011, an order was entered in the case setting a deadline by which to file any and all claims.

**FOR CREDITORS WHO WISH TO FILE CLAIMS AGAINST THE BANKRUPTCY ESTATE:**

All claims that arose prior to the case filing date, including claims of any governmental unit, are to be filed by **November 30, 2011**.

All claims must be filed electronically or at the following address:

Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, Room 713
Chicago, Illinois 60604

**If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution.** However, under the law some parties need not file claims. See 11 U.S.C. § 1111(a).[1] Parties must rely on their own inspection of the schedules or advice of counsel to determine whether to file a claim.

CHAD H. GETTLEMAN, ESQ. (ARDC #944858)
NATHAN Q. RUGG, ESQ. (ARDC #6272969)
ERICH S. BUCK, ESQ. (ARDC #6274635)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
(312) 435-1050
Counsel for Gourmet Kitchens, Inc.

---

[1] Section 1111(a) of the Bankruptcy Code provides that a proof of claim is deemed filed for any claim in the amount that is listed in the Debtor's Schedules, except a claim scheduled as disputed, contingent or unliquidated.