## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GOURMET KITCHENS, INC., | ) | Case No. 11-19605 |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | **Hearing Date: April 17, 2014** |
| | | **Hearing Time: 10:30 a.m.** |

### ORDER APPROVING FINAL APPLICATION OF ADELMAN & GETTLEMAN, LTD. FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO GOURMET KITCHENS, INC.

At Chicago, Illinois, in said District, this 17th day of April 2014.

THIS CAUSE coming to be heard upon the Final Application of Adelman & Gettleman, Ltd. ("A&G") for Allowance of Final Compensation and Reimbursement of Expenses as Counsel to Gourmet Kitchens, Inc. (the "Final Application"); due written notice of the hearing on the Final Application having been given to the Office of the United States Trustee, the twenty largest creditors and parties requesting notice in the case, as evidenced by that certain certificate of service on file herein; and no objection to the Final Application having been filed or presented, or if so, having been overruled for the reasons stated on the record; and the Court having reviewed and considered the Final Application and having jurisdiction over this matter and the Court being otherwise fully advised in the premises:

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Final Application be and is hereby granted;

2. The fees and expenses awarded to A&G on an interim basis as part of the Interim Application (as defined in the Final Application), be and are hereby approved and awarded on a final basis;

3. A&G be and is hereby awarded final compensation for the Final Application Period (as defined in the Final Application) in the amount of $245,525.00 and reimbursement of actual and necessary expenses in the amount of $5,383.92;

4. A&G is hereby authorized to receive payment in the amount of $84,493.80 in fees (the unpaid amounts as set forth in the Final Application) and reimbursement of actual and necessary expenses in the amount of $1,413.29 immediately upon the entry of this Order, for a total payment of $85,907.09; and

290885_1

5. The notice of the hearing on the Final Application is found to be adequate and reasonable under the circumstances and no further notice is or shall be required.

Enter:   *Jacqueline P. Cox*
         *J. Cox*

Honorable Jacqueline P. Cox
United States Bankruptcy Judge

Dated: April 17, 2014

NATHAN Q. RUGG, ESQ. (ARDC #6272969)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
(312) 435-1050

290885_1